**Order entered December 21, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00466-CR

**COREY ARLYN SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82354-2014**

## ORDER

Before the Court is appellant's December 19, 2016 motion to extend time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed January 19, 2017.

/s/     ADA BROWN
         JUSTICE